IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                                       :
                                             :
HIRAM COLON ROJAS,                           :    Case No. 98-6078 (ESL)
                                             :
          Debtor                             :    Chapter 13
_____          :
                                             :
HIRAM COLON ROJAS,                           :
                                             :
          Plaintiff,                         :
                                             :
          v.                                 :    Adv. No. 08-0084
                                             :    Adv. No. 08-0085
FIRSTBANK, JOHN DOE, RICHARD ROE             :
and ABC INSURANCE COMPANY,                   :
                                             :
          Defendants                         :
_____          :


DECISION AND ORDER

In Adversary Proceeding 08-0083, the debtor, Hiram Colon Rojas ("Colon"), filed suit against Money Express seeking damages and injunctive relief for violation of the discharge injunction of 11 U.S.C. § 524(a)(2). Colon alleged that Money Express violated the discharge injunction by assigning or conveying a discharged debt to Advanced Collection Services ("Advanced"), although Colon also alleged that Money Express had informed Advanced that the debt was discharged and that it would be illegal to seek to enforce the debt against Colon or his property. The Court concluded that because Money Express informed Advanced that the debt was discharged and that all actions or proceedings to enforce the debt or levy on Colon's property were prohibited and foreclosed by law, Colon's complaint did not allege a plausible entitlement to relief.

Accordingly, the Court granted the motion to dismiss filed by Money Express.

In the present identical adversary proceedings, Colon again seeks redress for attempts to collect this same debt.  In these adversary proceedings, Colon identifies FirstBank as d/b/a Money Express and identifies the same claim involved in Adv. No. 08-0083. The only difference being that Colon alleges here that the debt was sold to Puerto Rico Acquisition LLC ("Acquisition") and thereafter the debt was assigned or conveyed to NCO Financial Systems of Puerto Rico, Inc. ("NCO").  Colon again alleges that FirstBank informed Acquisition and NCO that all actions or proceedings to enforce the discharged debt or to levy on Colon's property were prohibited and foreclosed by law.  Notwithstanding, Colon alleges that NCO sent a collection letter on behalf of Acquisition, indicating that Colon owed $474.73 related to a former debt to FirstBank.

FirstBank seeks dismissal of the adversaries, arguing, as did Money Express in Adv. No. 08-0083, that far from alleging that FirstBank violated the discharge injunction, the complaints allege specific and unequivocal conduct by FirstBank conducive to preventing a violation of the discharge order.

For the reasons stated by the Court in the Decision and Order entered in Adv. No. 08-0083, which is incorporated by reference, the Court concludes that these complaints must be dismissed for

failure to state claims upon which relief may be granted.

ORDER

Wherefore IT IS ORDERED that FirstBank's motions to dismiss (dkt. #18 in both adversaries), shall be, and they hereby are, GRANTED.

Judgments of dismissal will enter accordingly.

SO ORDERED.

San Juan, Puerto Rico, this 17th day of September, 2009.

BY THE COURT:

ENRIQUE S. LAMOUTTE
U.S. Bankruptcy Judge